FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2017 SEP 14   A 9: 20

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA )
                         )
            v.           )
                         ) DOCKET NO. 1:17-mj- 420
TRAVIS S. SHAY          )
                         ) Initial Appearance: September 18, 2017
                         )

CRIMINAL INFORMATION

COUNT I (Misdemeanor 6428062)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 31, 2017, at Fort Myer, Virginia, within
the special maritime and territorial jurisdiction of the United
States in the Eastern District of Virginia, the defendant,
TRAVIS S. SHAY, did operate a motor vehicle while having a blood
alcohol concentration of 0.08 percent or more by weight by
volume or 0.08 grams or more per 210 liters of breath as
indicated by a chemical test, to wit: did have a blood alcohol
concentration of .20%.

    (In violation of Title 18, United States Code, Section 13
assimilating Section 18.2-266(i), Code of Virginia 1950, as
amended.)

COUNT II (Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 31, 2017, at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, TRAVIS S. SHAY, did unlawfully operate a motor vehicle while under the influence of alcohol.

(In violation of Title 18, United States Code, Section 13 assimilating Section 18.2-266(ii), Code of Virginia 1950, as amended.)

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____

Fort Belvoir, VA

Date September 12, 2017

Christopher H. Kim
Special Assistant
United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)805-4390
Fax (703) 805-1042
Christopher.h.kim@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September _12_ , 2017, I mailed, a true
and accurate copy of the Criminal Information herein filed to
TRAVIS S. SHAY, 237 Sheridan Ave, Ft. Myer Virginia 22211.


KAREN L. SHANER
Administrative Assistant
Staff Judge Advocate Office